**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEXANDRO RIVERA MAGANA,**<br><br>    **Petitioner,**<br><br>**v.**<br><br>**KRISTI NOEM, et al.,**<br><br>    **Respondents.** | **Civil Action No.   26-1256 (ES)**<br><br><br>**ORDER ADMITTING COREY FORMAN, ESQ. PRO HAC VICE** |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court on the motion of Alexander Mena, Esq. ("the Movant"), attorney for Petitioner Alexandro Rivera Magana, for the *pro hac vice* admission of Corey Forman, Esq.  pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the motion, which reflect that Corey Forman, Esq. satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and for good cause shown,

**IT IS ON THIS 26th day of February, 2026**,

**ORDERED** that the application for the *pro hac vice* admission of Corey Forman, Esq., (D.E. No. 7), is granted; and it is further

**ORDERED** that Corey Forman, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Corey Forman, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Corey Forman, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from his participation in this matter; and it is further

**ORDERED** that the Movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Corey Forman, Esq.; (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of the cause and Corey Forman, Esq. in this matter; and it is further

**ORDERED** that Corey Forman, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent Petitioner before this Court; and it is further

**ORDERED** that, if he has not already done so in connection with this action, Corey Forman, Esq. shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Corey Forman, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and it is further

**ORDERED** that counsel for Petitioner shall provide a copy of this Order to the New Jersey

Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).


s/Esther Salas_____
**Hon. Esther Salas**
**United States District Judge**

3